# In the
# United States Court of Appeals
## For the Eleventh Circuit

--------

No. 24-13266

--------

THE RENCO GROUP INC. AND THE DOE RUN RESOURCES CORPORATION,

                          Petitioner-Appellee,

*versus*

NAPOLI SHKOLNIK PLLC,
HALPERN SANTOS & PINKERT, PA,

                          Intervenors Plaintiffs-Appellants,

--------

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:22-cv-21115-JAL

--------

ORDER:

Intervenor-Appellant Halpern Santos & Pinkert, P.A. filed a motion to stay the appeal on November 27, 2024, and filed an amended motion to stay the appeal on December 3, 2024.

The motion to stay the appeal is DENIED as MOOT. The amended motion to stay the appeal is DENIED.

/s/ Kevin C. Newsom
UNITED STATES CIRCUIT JUDGE