# In the
# United States Court of Appeals
## For the Eleventh Circuit

---

No. 24-13266

---

THE RENCO GROUP INC. AND THE DOE RUN RESOURCES CORPORATION,

                                                        Petitioner-Appellee,

*versus*

NAPOLI SHKOLNIK PLLC,
HALPERN SANTOS & PINKERT, PA,

                                                 Intervenors Plaintiffs-Appellants,

---

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:22-cv-21115-JAL

---

2                    Order of the Court                    24-13266

ORDER:

Intervenor-Appellants Napoli Shkolnik PLLC and Rodriguez Tramont & Nunez, PA.'s motion for leave to file the appendix out of time is GRANTED.

_____
UNITED STATES CIRCUIT JUDGE