# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13266

_____

THE RENCO GROUP INC. AND THE DOE RUN RESOURCES CORPORATION,

                  Petitioner-Appellee,

*versus*

NAPOLI SHKOLNIK PLLC,
HALPERN SANTOS & PINKERT, PA,

                Intervenors Plaintiffs-Appellants,

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:22-cv-21115-JAL

_____

ORDER:

    Intervenor Appellants Rodriguez Tramont & Nunez, PA and Napoli Shkolnik PLLC.'s unopposed motion for leave to file the reply brief out of time is GRANTED.

                            /s/ Britt C. Grant
                            UNITED STATES CIRCUIT JUDGE