In the

# United States Court of Appeals

## For the Eleventh Circuit

No. 24-13266

THE RENCO GROUP INC. AND THE DOE RUN RESOURCES CORPORATION,

*Petitioner-Appellee,*

*versus*

NAPOLI SHKOLNIK PLLC,
HALPERN SANTOS & PINKERT, PA,

*Intervenors Plaintiffs-Appellants,*

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:22-cv-21115-JAL

ORDER:

Appellee's motion to continue oral argument is DENIED.

Stanley Marcus

UNITED STATES CIRCUIT JUDGE